**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GLORIA TANKESLY, as personal representative
of JAMES TANKESLY, deceased.

      Plaintiffs,

vs.                                                    Case No. 2:18-cv-00996
                                                                      JURY DEMANDED

J.C. PENNEY CORPORATION, INC.

      Defendant.

**DEFENDANT J.C. PENNEY CORPORATION, INC.'S**
**RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

      **COMES NOW**, Defendant J.C. Penney Corporation, Inc. (hereinafter "JCP"), and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement as follows:

      1. Is the party a non-governmental corporate party?

      Yes__X___           No_____

      2. If the answer to Number 1 is "yes," list any parent corporation or state that there is none.

      There is no such corporation.

      3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation.

      There is no such corporation.

**GALLAGHER, CASADOS & MANN, PC**
**ELECTRONICALLY FILED**

By /s/ Nathan H. Mann
Nathan H. Mann
Harriett J. Hickman
Attorney for J.C. Penney Corporation, Inc.
4101 Indian School Rd. NE, Suite 200N
Albuquerque, NM 87110
(505) 243-7848  F (505) 764-0153
nmann@gcmlegal.com
hhickman@gcmlegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **25th** day of **October 2018**, a copy of the foregoing Corporate Disclosure Statement was electronically filed through the CM/ECF system, which caused all counsel of record to be served an endorsed copy electronically.

By /s/ Nathan H. Mann