IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**GLORIA TANKESLY,**

    Plaintiff,

  v.                                                  No. 18-cv-00996-SMV-KRS

**J.C. PENNEY CORPORATION, INC.,**

    Defendants.

## NOTICE OF IMPENDING REASSIGNMENT

Pursuant to Fed. R. Civ. P. 73(b)(2), the parties are reminded that the undersigned was assigned as presiding judge in this matter, pursuant to 28 U.S.C. § 636(c). One or more of the parties has yet to file a written consent or refusal to consent.

The parties are advised that this matter will be reassigned to a district judge as presiding judge if written consents from all parties have not been filed by December 17, 2018.

The parties are free to withhold consent. No adverse consequences will result from any party's failure or refusal to consent.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**