IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GLORIA TANKESLY, as personal representative
of JAMES TANKESLY, deceased.

      Plaintiffs,

vs.                                                      Case No. 2:18-cv-00996 JCH/KRS
                                                         JURY DEMANDED

J.C. PENNEY CORPORATION, INC.

      Defendant.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the **18th** day of **December 2018**, Defendant J.C. Penney Corporation, Inc.'s FRCP Rule 26(a)(1) Initial Disclosures, along with a copy of this Certificate of Service were electronically mailed to Samuel I. Kane, attorneys for Plaintiffs, at sam_kane@yahoo.com.

**I FURTHER CERTIFY** that on this **18th** day of **December 2018**, this Certificate of Service was filed electronically through the CM/ECF system, which caused all counsel of record to be served an endorsed copy by electronic means.

                                              **GALLAGHER, CASADOS & MANN, P.C.**

                                              **ELECTRONICALLY FILED**
By: */s/* Nathan H. Mann
     Nathan H. Mann
     Harriett J. Hickman
     *Attorneys for Defendant J.C. Penney Corporation, Inc.*
     4101 Indian School Rd. NE, Suite 200N
     Albuquerque NM  87110
     505.243.7848  F  505.764.0153
     nmann@gcmlegal.com
     hhickman@gcmlegal.com