# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GLORIA TANKESLY, as personal representative
Of JAMES TANKESLY, deceased.

    Plaintiff,

                                              Case No. 2:18-cv-00996  SMV/KRS

v.

J.C. PENNEY CORPORATION, INC.

    Defendant.

## CERTIFICATE OF SERVICE

    **COMES NOW**, Plaintiff Donna Christopher, and hereby certifies that the original of ***Plaintiff's Rule 26 Initial Disclosures,*** along with a true and correct copy of this Certificate were emailed to defendant's attorney, Nathan Mann and Harriett Hickman at hhickman@gcmlegal.com and nmann@gcmlegal.com.

                                                Respectfully submitted,

                                        By:*/s/ Samuel I. Kane*
                                              Samuel I. Kane
                                              Law Office of Sam Kane
                                              sam_kane@yahoo.com
                                              1018 E. Amador Ave.
                                              Las Cruces, NM  88001
                                              (575) 526-5263
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of June, 2018, the foregoing was electronically filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Megan Muirhead and Jennifer Kittleson
P.O. Box 2168
Albuquerque, New Mexico 87103
505-848-1800
Attorney for Defendant


*/s/ Samuel I. Kane*
Samuel I. Kane, Esq.