**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

Before the Honorable Kevin R. Sweazea
United States Magistrate Judge

**CLERK'S MINUTES**

*Tankesly v. J.C. Penney Corporation, Inc.*,
2:18-cv-00996-JCH-KRS

**January 22, 2019**

| | |
|---|---|
| **Attorney for Plaintiff:** | Sam Kane |
| **Attorney for Defendants:** | Harriett Hickman |
| | Nathan Mann |
| **Proceedings**: | Telephonic Rule 16 Scheduling Conference |
| *Start Time*: | 8:59 a.m. |
| *Stop Time*: | 9:03 a.m. |
| **Total time:** | 4 minutes |
| Clerk: | cbf |

**NOTES**

- The Court greets the parties, and the parties enter their appearances.

- After discussion with the parties, the Court adopts the parties' JSR and sets deadlines for motion practice and the submission of the pretrial order to the Court.

- The Court and parties agree to schedule a settlement conference for April 30, 2019 at 9:00 a.m. in Las Cruces.  A separate order with details will follow.

- There being nothing further, the Court adjourns.