# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GLORIA TANKESLY,
personal representative of
the estate of James Tankesly, deceased,

       Plaintiff,

v.                                                                                  No. 2:18-cv-00996-SMV-KRS

J.C. PENNEY CORPORATION, INC.

       Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND
## PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on January 22, 2019 the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan (Doc. 10), and adopted it as provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE