## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GLORIA TANKESLY, as personal representative
of JAMES TANKESLY, deceased.

       Plaintiffs,

vs.　　　　　　　　　　　　　　　　　　Case No. 2:18-cv-00996-JCH-KRS
　　　　　　　　　　　　　　　　　　　　　　JURY DEMANDED

J.C. PENNEY CORPORATION, INC.

       Defendant.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **23rd** day of **January 2019**, Defendant J.C. Penney's First Set of Interrogatories and First Set of Requests for Production to Plaintiff Gloria Tankesly as Personal Representative of James Tankesly, deceased, along with a copy of this Certificate of Service were electronically mailed to Plaintiff Gloria Tankesly c/o The Law Offices of Samuel I. Kane (Samuel I. Kane, skane@samkanelawfirm.com) her attorney, and this Certificate of Service was subsequently filed electronically through the CM/ECF system, which caused all counsel of record to be served an endorsed copy by electronic means.

                                      **GALLAGHER, CASADOS & MANN, P.C.**

                                      **ELECTRONICALLY FILED**
By /s/ Nathan H. Mann
    Nathan H. Mann
    Attorney for Defendant J.C. Penney Corp.
    4101 Indian School Rd., NE, Suite 200N
    Albuquerque NM 87110
    505-243-7848 F 505-764-0153
    nmann@gcmlegal.com