## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GLORIA TANKESLY, as personal representative
Of JAMES TANKESLY, deceased.

    Plaintiff,

                                                              Case No. 2:18-cv-00996 JCH/KRS

v.

J.C. PENNEY CORPORATION, INC.

    Defendant.

## CERTIFICATE OF SERVICE

    **COMES NOW**, Plaintiff Barbara Peer, and hereby certifies that true and correct copy of ***Plaintiff's First set of Interrogatories and Request for Production, and Request for Admission,*** along with a true and correct copy of this Certificate were emailed to defendant's attorney, were emailed to defendant's attorney, Nathan Mann and Harriett Hickman at hhickman@gcmlegal.com and nmann@gcmlegal.com.

                                                      Respectfully submitted,

                                                      By: /s/ Samuel I. Kane
                                                         Samuel I. Kane
                                                         Law Office of Sam Kane
                                                         sam_kane@yahoo.com
                                                         1018 E. Amador Ave.
                                                         Las Cruces, NM  88001
                                                         (575) 526-5263
                                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of February, 2019, the foregoing was electronically filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Nathan Mann and Harriet Hickman
hhickman@gcmlegal.com


*/s/ Samuel I. Kane*
Samuel I. Kane, Esq.