IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GLORIA TANKESLY, as personal representative
Of JAMES TANKESLY, deceased.

    Plaintiff,

                                                           Case No. 2:18-cv-00996 JCH/KRS

v.

J.C. PENNEY CORPORATION, INC.

    Defendant.

## CERTIFICATE OF SERVICE

    **COMES NOW**, Plaintiff Gloria Tankesly as personal representative of James Tankesly, deceased, and hereby certifies that true and correct copy of ***Plaintiff's Medical Releases,*** along with a true and correct copy of this Certificate were emailed to defendant's attorney, Nathan Mann and Harriett Hickman at hhickman@gcmlegal.com and nmann@gcmlegal.com.

                                                Respectfully submitted,

                                                By: /s/ Samuel I. Kane
                                                      Samuel I. Kane
                                                      Law Office of Sam Kane
                                                      sam_kane@yahoo.com
                                                      1018 E. Amador Ave.
                                                      Las Cruces, NM  88001
                                                      (575) 526-5263
                                                      *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 18th day of February, 2019, the foregoing was electronically filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Nathan Mann and Harriet Hickman
hhickman@gcmlegal.com


*/s/ Samuel I. Kane*
Samuel I. Kane, Esq.