**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GLORIA TANKESLY, as personal representative
Of JAMES TANKESLY, deceased.

    Plaintiff,

                                                Case No. 2:18-cv-00996 JCH/KRS

v.

J.C. PENNEY CORPORATION, INC.

    Defendant.

### CERTIFICATE OF SERVICE

    **COMES NOW**, Plaintiff Gloria Tankesly, and hereby certifies that true and correct copy of *Plaintiff's Answers to First set of Interrogatories and Request for Production,* along with a true and correct copy of this Certificate were emailed to defendant's attorney on the 25th day of February, 2019, to Nathan Mann and Harriett Hickman at hhickman@gcmlegal.com and nmann@gcmlegal.com.

                                        Respectfully submitted,

                                        By: /s/ Samuel I. Kane
                                             Samuel I. Kane
                                             Law Office of Sam Kane
                                             sam_kane@yahoo.com
                                             1018 E. Amador Ave.
                                             Las Cruces, NM  88001
                                             (575) 526-5263
                                             *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 25th day of February, 2019, the foregoing was electronically filed through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Nathan Mann and Harriet Hickman
hhickman@gcmlegal.com


*/s/ Samuel I. Kane*
Samuel I. Kane, Esq.