IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GLORIA TANKESLY, as personal representative
of JAMES A. TANKESLY, deceased,

      Plaintiff,

vs.                               Case No. 2:18-cv-00996-JCH-KRS

J.C. PENNEY CORPORATION, INC.

      Defendant.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the **4th** day of **March 2019**, Defendant J.C. Penney Corporation, Inc.'s Answers and Responses to Plaintiff's First Set of Interrogatories, Requests for Production, and Request for Admissions, along with a copy of this Certificate of Service were electronically mailed to Plaintiff's counsel, The Law Offices of Samuel I. Kane (Samuel I. Kane, Esq.) at sam_kane@yahoo.com.

**I FURTHER CERTIFY** that on the **4th** day of **March 2019**, this Certificate of Service was subsequently filed electronically via the CM/ECF system, which caused all counsel of record to be served an endorsed copy by electronic means.

                                        **GALLAGHER, CASADOS & MANN, P.C.**

                                        By /s/ Harriett J. Hickman
                                           Nathan H. Mann
                                           Harriett J. Hickman
                                           Attorneys for Defendant J.C. Penney
                                           Corporation, Inc.
                                           4101 Indian School Road NE, Suite 200N
                                           Albuquerque, NM 87110
                                           (505) 243-7848  F: (505) 764-0153
                                           hhickman@gcmlegal.com
                                           nmann@gcmlegal.com