## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

GLORIA TANKESLY, as personal representative
of JAMES TANKESLY, deceased.

       Plaintiff,

vs.                                                 Case No. 2:18-cv-00996 JCH/KRS
                                                          JURY DEMANDED

J.C. PENNEY CORPORATION, INC.

       Defendant.

## NOTICE OF DEPOSITION

To:    Gloria Tankesly
        c/o Samuel I. Kane, Esq.
        LAW OFFICES OF SAMUEL I. KANE, P.A.
        sam_kane@yahoo.com

      **PLEASE TAKE NOTICE** that Defendant J.C. Penney Corporation, Inc. through its counsel of record, Gallagher, Casados & Mann, P.C. (Nathan H. Mann and Harriett J. Hickman) will take the deposition of Plaintiff Gloria Tankesly, upon oral interrogatories on Friday, March 29, 2019, beginning at 9:00 a.m., before a certified court reporter at the Law Offices of Samuel I. Kane, P.A., 1018 E. Amador, Las Cruces, New Mexico, 88001 (575-526-5263).

      **NOTICE IS FURTHER GIVEN** that this deposition in whole or in part may be used at trial.

                                                **GALLAGHER, CASADOS & MANN, P.C.**

                                                **ELECTRONICALLY FILED**
                                       By: /s/ Nathan H. Mann
                                       *Attorneys for Defendant J.C. Penney Corporation, Inc.*
                                       4101 Indian School Road NE, Suite 200N
                                       Albuquerque, NM 87110
                                       (505)243-7848  F: (505) 764-0153
                                       nmann@gcmlegal.com; hhickman@gcmlegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **8th** day of **March 2019**, the foregoing Notice of Deposition was electronically mailed to Plaintiff, Gloria Tankesly, c/o the Law Offices of Samuel I. Kane, her attorney at sam_kane@yahoo.com and was subsequently filed electronically through the New Mexico File and Serve system, which caused all counsel of record to be served an endorsed copy by electronic means.

/s/ Nathan H. Mann