IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GLORIA TANKESLY, as personal representative
of JAMES TANKESLY, deceased.

      Plaintiffs,

vs.                                         Case No. 2:18-cv-00996-JCH-KRS
                                                     JURY DEMANDED

J.C. PENNEY CORPORATION, INC.

      Defendant.

### **PLAINTIFFS NOTICE OF INTENT TO CALL EXPERT WITNESSES**

COMES NOW the Plaintiff, Gloria Tankesly, as personal representative of James Tankesly, by and through her attorney, Samuel I. Kane, P.A., and hereby gives notice that she intends to call expert(s) concerning the injuries sustained and reasonableness of the treatment by Plaintiff, and an expert regarding liability.  Plaintiff further reserves the right to call any experts needed to rebut any other expert(s) presented by the parties and to name additional expert witnesses as facts develop during the course of discovery.

1. Michael Cummings
    c/o Samuel Kane
    Law Office of Sam Kane
    Attorney for Plaintiff
    1018 E. Amador Ave.
    Las Cruces, NM 88001
    575-526-5263

Michael Cummings is anticipated to testify about Environmental Health and Safety regarding the incident Plaintiff was involved in; the safety procedures surrounding the incident, and any other topic he is qualified to testify on.

2. Dr. Brian Delahoussaye
   c/o Samuel Kane
   Law Office of Sam Kane
   Attorney for Plaintiff
   1018 E. Amador Ave.
   Las Cruces, NM 88001
   575-526-5263

Dr. Delahoussaye, is anticipated to testify about the medical necessity of procedures performed for the injuries and the reasonableness of their costs.

Respectfully Submitted:

*/s/ Samuel I. Kane*
Samuel I. Kane
1018 E. Amador
Las Cruces, NM 88001
(575) 526-5263
(575) 647-5264 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2019, a true and correct copy of the foregoing was emailed to:

**J.C. Penney Corporation, Inc.**
c/o Nathan Mann and Harriet Hickman
Gallagher, Casados & Mann, PC
4101 Indian School Rd. NE, Ste. 200N
Albuquerque, NM 87110
505-243-7848
hhickman@gcmlegal.com
nmann@gcmlegal.com

*/s/ Samuel I. Kane*
**Samuel I. Kane**

2