## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GLORIA TANKESLY, as personal
representative of James Tankelsy, deceased,

       Plaintiff,

v.                                      No. 2:18-cv-00996-JCH-KRS

J.C. PENNY CORPORATION, INC.

       Defendants/Counterclaimants.

### SETTLEMENT CONFERENCE
### Before Magistrate Judge Kevin R. Sweazea

Date and Time:      **Tuesday, April 30, 2019 at 9:00 a.m.**

Appearances for Plaintiff:

Sam Kane

~~Andrew Armijo (paralegal)~~

Appearances for Defendant:

Nathan Mann

Plaintiff in Attendance:

Gloria Tankesly

Others Attending:

Maria Tankesly

Defendant in Attendance:

Ronald Holtorf (AIG)

_____ **Case settled**.  Per order filed concurrently, closing document due on _____.

__✓__ **Case did not settle**.

_____ **Settlement efforts to be continued on** _____ **at** _____.

__✓__ **Picacho Courtroom; Time in Court**: __2:40__ .