IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GLORIA TANKESLY, as personal representative
of JAMES TANKESLY, deceased.

      Plaintiffs,

v.                                                                          No. 2:18-cv-00996-JCH-KRS

J.C. PENNEY CORPORATION, INC.

      Defendant.

## ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE AND SUBSEQUENT DEADLINES CONTAINED IN THE SCHEDULING ORDER

**THIS MATTER** having come before the Court upon the Stipulated Motion to Extend Discovery Deadline and Subsequent Deadlines Contained in the Scheduling Order, the Court having reviewed said Motion and otherwise being fully advised in the premises FINDS that the Motion is well taken and that should be granted.

It is therefore **ORDERED, ADJUDGED AND DECREED** that the Scheduling Order to be modified as follows:

1. Termination of discovery: **October 16, 2019**;

2. Motions relating to discovery: **November 15, 2019**;

3. Expert Disclosure Deadline:  Plaintiff to Defendant by **August 16, 2019**

                              Defendant to Plaintiff by **September 16, 2019**.

4. All other motions, including dispositive and Daubert motions: **December 16, 2019**;

5. Pretrial order:  Plaintiff to Defendant by **December 31, 2019;**

Defendant to **Court by January 7, 2020**.

6. All other deadlines and provisions contained in the Scheduling Order shall remain unaffected by the entry of this Order.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge